MICHAEL C. WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-49900

*Attorney for Defendant MasterCard Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY HUFF, JOHN GOLDEN, LATAYQA LITTLE, JACKIE BROWN, MNEMOSYNE COLLIER, STEPHANIE WALTON, AKIL PATTERSON, and WILLIAM TOWNSEND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL SERVICES; RUSH COMMUNICATIONS, LLC; RUSH COMMUNICATIONS OF NYC, INC.; METABANK; META FINANCIAL GROUP, INC.; and MASTERCARD INC.,<br><br>Defendants. | CASE NO. 2:15-cv-02253-KJM-CM<br><br>**JOINT REPORT ON STATUS OF SETTLEMENT PRELIMINARY APPROVAL** |

Pursuant to the Court's March 15, 2016 Minute Order (ECF No. 28), the parties provide the following update on the status of the settlement proceedings:

On May 4, 2016, the parties to this action as well as the parties to the actions in *Fuentes v. UniRush, LLC et al.*, Case No. 1:15-cv-08372(S.D.N.Y.); *Peterkin v. UniRush, LLC*, Case No. 1:2015-cv-08573 (S.D.N.Y.); and *Jones v. UniRush, LLC*, Case No. 5:15-cv-05996 (E.D. Pa.) executed a global settlement which, if approved, would provide for class relief as described in the agreement.

As the parties earlier advised the Court, they are seeking preliminary approval of that settlement agreement in *Fuentes*, the first-filed action.

A motion for preliminary approval was filed on May 10, 2016, and the parties anticipate either a hearing or a ruling on that motion very soon.

Per the Court's March 15, 2016 Minute Order, the parties will file another status report in sixty days.  Should the Court have any questions, please feel free to contact any of the undersigned counsel.

DATED:  May 13, 2016              MICHAEL C. WEED
                                  ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  By: /s/ Michael C. Weed
                                           MICHAEL C. WEED

                                  Attorney for Defendant
                                  MasterCard Inc.

1

DATED:  May 13, 2016                THOMAS P. BROWN
                                    SEAN D. UNGER
                                    ELIZABETH A. DORSI
                                    PAUL HASTINGS LLP


                                    By:  /s/ Thomas P. Brown (authorized on May 13, 2016)
                                         THOMAS P. BROWN

                                    Attorneys for Defendants
                                    UniRush, LLC d/b/a UniRush Financial Services, Rush Communications, LLC, and Rush Communications of NYC, Inc.


DATED:  May 13, 2016                RYAN J. LARSEN
                                    MICHAEL I. VERDE (*Pro Hac Vice Application Forthcoming*)
                                    PHILIP A. NEMECEK (*Pro Hac Vice Application Forthcoming*)
                                    KATTEN MUCHIN ROSENMAN LLP


                                    By: /s/ Ryan J. Larsen (authorized on May 13, 2016)
                                         RYAN J. LARSEN

                                    Attorneys for Defendants
                                    MetaBank and Meta Financial Group, Inc.

DATED:  May 13, 2016                MICHAEL MCSHANE
                                    JONAS P. MANN
                                    AUDET & PARTNERS LLP

                                    CHARLES J. LADUCA (*Pro Hac Vice*)
                                    BEATRICE YAKUBU  (*Pro Hac Vice*)
                                    CUNEO GILBERT & LADUCA, LLP


                                    By:  /s/ Michael McShane (authorized on May 13, 2016)
                                         MICHAEL MCSHANE

                                    Attorneys for Plaintiffs