UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY HUFF, JOHN GOLDEN, LATAYQA LITTLE, JACKIE BROWN, MNEMOSYNE COLLIER, STEPHANIE WALTON, AKIL PATTERSON, and WILLIAM TOWNSEND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL SERVICES; RUSH COMMUNICATIONS, LLC; RUSH COMMUNICATIONS OF NYC, INC.; METABANK; META FINANCIAL GROUP, INC.; and MASTERCARD INC,<br><br>Defendants. | No. 2:15-CV-02253-KJM-CMK<br><br>ORDER |

On February 23, 2016, the court ordered the parties in this case to file joint status reports every sixty days, informing the court of the status of preliminary approval in a separate case. Min. Order, ECF No. 26. The parties filed their first joint status report on May 13, 2016, ECF No. 28, and their second joint status report on July 12, 2016, ECF No. 30. Their third joint status report was due sixty days thereafter, which would have been September 10, 2016. To date, the court has received no update from either party.

1    Accordingly, the court hereby ORDERS all parties to SHOW CAUSE within 14
2 days why they should not be sanctioned, either in the amount of $250 each for failing to comply
3 with court's March 15, 2016 order, or dismissal of the case, or both.
4    IT IS SO ORDERED.
5 DATED: January 5, 2017.

_____
UNITED STATES DISTRICT JUDGE